IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOUIS DALESSANDRIS, On Behalf of Himself and All Others Similarly Situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>WESLEY FINANCIAL GROUP, LLC,<br><br>    *Defendant*. | COLLECTIVE ACTION<br><br>CASE NO. 3:22-cv-00740<br><br>CHIEF JUDGE WAVERLY D. CRENSHAW, JR.<br><br>MAGISTRATE JUDGE BARBARA HOLMES |

## UNOPPOSED MOTION FOR SETTLEMENT APPROVAL

Named Plaintiff Louis Dalessandris, on behalf of himself and the Opt-In Plaintiffs, (collectively, "Plaintiffs") in this Fair Labor Standards Act ("FLSA") collective action, proceeding pursuant to 29 U.S.C. § 216(b), give notice to the Court that the Parties have reached a Settlement Agreement (attached hereto as Exhibit 1), subject to this Court's approval.

Plaintiffs respectfully request that the Court approve this settlement because it reflects a fair and reasonable compromise of contested issues. The Parties engaged in discovery focused on exchanging the necessary information to equip them to negotiate a resolution of Plaintiffs' claims. Then, the parties engaged in arm's-length negotiations in mediation led by Michael Russell, an experienced mediator in wage and hour litigation. Ultimately, the Parties reached a final agreement on all material issues, amounts to be paid as wages and damages to each of the Plaintiffs for their FLSA claims, a fair and reasonable mechanism for assessing and calculating damages to each of the Plaintiffs for their supplemental state law claims arising from unpaid commissions, a service payment for the Named Plaintiff, and payment of Plaintiffs' attorneys' fees, costs, and expenses.

Plaintiffs and their counsel are satisfied that the terms of the resulting Settlement Agreement are fair and reasonable. Because the Settlement Agreement submitted for the Court's approval fully and finally resolves the claims at issue in this action, the Parties further request that the Court dismiss this action with prejudice.

In support of this Motion, Plaintiffs have filed a supporting memorandum setting forth the fairness and appropriateness for each of the material terms of this proposed settlement.

For the foregoing reasons and the reasons in their supporting memorandum, Plaintiffs respectfully request that the Settlement be approved. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

A proposed order granting the requested relief and dismissing this action with prejudice is attached to this Motion.

Dated: September 20, 2023

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
**NICOLE A. CHANIN (No. 40239)**
BARRETT JOHNSTON MARTIN & GARRISON, PLLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

**MATTHEW R. ZENNER (No. 018969)**
ZENNER LAW, PLLC
320 Seven Springs Way, Suite 250
Brentwood, TN 37027
Telephone: 615.425.3476
mrzennerlaw@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Unopposed Motion for Settlement Approval* was filed electronically with the Clerk's office by using the CM/ECF system and will be served via the Court's ECF system on the following counsel for Defendant as listed below on September 20, 2023:

**Benjamin P. Lemly**
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Suntrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: (615) 254-1900
Facsimile: (615) 254-1908
benjamin.lemly@ogletree.com

**Jeff S. Mayes**
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, TX 77002
Telephone: (713) 655-0855
Fax: (713) 655-0020
jeffrey.mayes@ogletree.com

*Attorneys for Defendant*

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON MARTIN &
GARRISON, PLLC**