UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOUIS DALESSANDRIS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WESLEY FINANCIAL GROUP, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) No. 3:22-cv-00740 ) ) ) ) ) |

### ORDER

This case is before the Court on Plaintiffs' Unopposed Motion for Settlement Approval (Doc. No. 70). The motion is **GRANTED**. The Court hereby **APPROVES** the settlement. The Court finds the settlement to be a fair, appropriate and reasonable compromise of a bona fide dispute under the Fair Labor Standards Act and state laws. The Court also finds the amounts for attorney fees and costs to be reasonable. This case is **DISMISSED WITH PREJUDICE** and the Clerk shall close the file.

IT IS SO ORDERED.

_____
Waverly D. Crenshaw, Jr.
Chief United States District Judge